642

389 A.2d 699

Shelley v. Harleysville Mutual Insurance Co., Appellant.

Argued March 13, 1978. Robert P. Reed, with him Metzger, Wickersham, Knauss & Erb, for appellant; Lester H. Zimmerman, Jr., with him Richard M. Serbin, and Barron & Zimmerman, for appellee.

Order affirmed.

389 A.2d 699

Slavcoff, Appellant, v. Harrisburg Polyclinic Hospital.

Argued March 14, 1978. James H. Stewart, Jr., with him Michael C. Fox, for appellant; Edward E. Knauss, III, with him Rod J. Pera and H. Lee Roussel, for appellee.

Orders affirmed.